UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------------X

KENNETH NORDT AND FRANCINE NORDT

                      Plaintiff(s),
       -against-

THE CITY OF NEW YORK, and
1 WORLD TRADE CENTER, et al,

                     Defendants.
-------------------------------------------------------------------X

**21 MC 100 (AKH) (ECF)**

**Docket No.: 07-CV-8683**

**NOTICE OF DISMISSAL**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned,

the attorney of record for the plaintiffs to the above-entitled action, dismisses all claims and causes

of action asserted against Defendants Westfield America, Inc., Westfield Corporation, Inc.,

Westfield WTC, LLC, and Westfield WTC Holding, LLC arising out of the transactions set forth in

the complaint dated October 5, 2007.

Dated:  New York, New York
        February 8, 2008

       _/s/ Michael A. London_____
       Michael A. London, Esq.
       DOUGLAS & LONDON, P.C.
       *Attorneys for Plaintiffs Kenneth Nordt and*
       *Francine Nordt*
       111 John Street, Suite 1400
       New York, New York 10038

       (212) 566-7500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**21 MC 100 (AKH) (ECF)**

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
----------------------------------------------------------------X

**Docket No.: 07-CV-8683**

KENNETH NORDT AND FRANCINE NORDT

Plaintiff(s),

-against-

THE CITY OF NEW YORK, and
1 WORLD TRADE CENTER, et al,

Defendants.
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008 I caused a true and correct copy of the Notice of

Dismissal as to the Westfield Defendants to be served via Electronic Case Filing (ECF) upon all

counsel of record.

_/s/ Michael A. London_____
Michael A. London, Esq.
DOUGLAS & LONDON, P.C.
*Attorneys for Plaintiffs Joseph Morelli and*
*Ann Morelli*
111 John Street, Suite 1400
New York, New York 10038

(212) 566-7500