UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
---------------------------------------------------------------X
KENNETH NORDT AND FRANCINE NORDT

                      Plaintiff(s),

   -against-

THE CITY OF NEW YORK, and
1 WORLD TRADE CENTER, et al,

                      Defendants.
---------------------------------------------------------------X

21 MC 100 (AKH) (ECF)

Docket No.: 07-CV-8683

**NOTICE OF DISMISSAL**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned, the attorney of record for the plaintiffs to the above-entitled action, dismisses all claims and causes of action asserted against Defendants Westfield America, Inc., Westfield Corporation, Inc., Westfield WTC, LLC, and Westfield WTC Holding, LLC arising out of the transactions set forth in the complaint dated October 5, 2007.

Dated: New York, New York
       March 18, 2008

                                /s/ Michael A. London
                                Michael A. London, Esq.
                                DOUGLAS & LONDON, P.C.
                                *Attorneys for Plaintiffs Kenneth Nordt and Francine Nordt*
                                111 John Street, Suite 1400
                                New York, New York 10038
                                (212) 566-7500

So ordered
4/2/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------X
KENNETH NORDT AND FRANCINE NORDT

      Plaintiff(s),
 -against-

THE CITY OF NEW YORK, and
1 WORLD TRADE CENTER, et al,

      Defendants.
-------------------------------------------------------------X

21 MC 100 (AKH) (ECF)

Docket No.: 07-CV-8683

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008 I caused a true and correct copy of the Notice of Dismissal as to the Westfield Defendants to be served via Electronic Case Filing (ECF) upon all counsel of record.

          /s/ Michael A. London
         Michael A. London, Esq.
         DOUGLAS & LONDON, P.C.
         *Attorneys for Plaintiffs Joseph Morelli and*
         *Ann Morelli*
         111 John Street, Suite 1400
         New York, New York 10038

         (212) 566-7500